

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**James McDonald**<br>SSN: XXX-XX-9278<br><br>Debtor(s) | Case No. 08-21158 RKM<br>Chapter 7  |
|---|---|

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.  On May 19, 2010, the Court approved the trustee's final report and proposed distribution.

2.  Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T:\McDonaldNoticeofPymtSmDividends                1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
| --- | --- | --- | --- |
| 9. | Rocky Mountain Power | PO Box 25308<br>Salt Lake, UT 84125 | $2.69 |
| 16A. | Utah State Tax Commission | 210 N 1950 W<br>SLC, UT 84134 | $2.43 |

3.  These funds are on deposit in Bank of America, account number 4437514136.

4.  Checks in the amount of Two Dollars and Sixty-Nine Cents ($2.69) and Two Dollars and Forty-Three Cents ($2.43) representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** this 20th day of May, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT 84111
>
>James McDonald
>2052 Montane Drive
>Draper, UT 84020
>
>Robert Fugal
>384 E 720 S Ste 201
>Orem, UT 84058